IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RONALD J. COATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-958-CV-W-ODS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

Pending is Defendant's Motion to Reverse and Remand (Doc. # 13). Plaintiff did not file a response, and the time for doing so has passed. The Motion is granted. Pursuant to sentence 4 of 42 U.S.C. § 405(g), the Commissioner's final decision denying benefits is reversed, and the case is remanded to the Commissioner for reconsideration as set forth in the Commissioner's motion.

IT IS SO ORDERED.

DATE: June 10, 2013

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT